MICHAEL S. HANAN
MHANAN@GRSM.COM
DIRECT DIAL: (973) 549-2507

**MEMO ENDORSED**



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NEW YORK 10004
WWW.GRSM.COM

December 27, 2024

VIA ECF

The Honorable Gary Stein, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   **Peters v. Carver Bankcorp, Inc., et al.**
      **Civil Action No. 1:24-cv-06835-VSB-GS**

> Application granted. The Initial Case Management Conference scheduled for January 9, 2025 is hereby adjourned to **January 29, 2025 at 11:00 a.m.** The Court's Initial Case Management Conference Order (Dkt. No. 12) otherwise remains operative, including the parties' obligation to submit a proposed Case Management Plan and Scheduling Order prior to the conference and the instructions for joining the video conference.
>
> Dated: New York, New York
> December 24, 2024
>
> SO ORDERED:
> /s/ Gary Stein
> HON. GARY STEIN
> UNITED STATES MAGISTRATE JUDGE

Dear Judge Stein:

This firm represents Defendants Carver Bancorp, Inc. d/b/a Carver Federal Savings Bank and Robert Rennis with respect to the above matter.

With the consent of Douglas Lipsky, attorney for Plaintiff Tamara Peters, we write to respectfully request a brief, two-week adjournment of the Initial Case Management Conference ("CMC"), which is presently scheduled for January 9, 2025.

The reason for this request is that the parties are scheduled to mediate this matter with Ruth D. Raisfeld, Esq. on January 8. We believe that an adjournment of the CMC will enable counsel for the parties to determine whether a full and final settlement can be achieved, which will not only conserve judicial resources, but also, potentially enable the parties to allocate all resources toward settlement that otherwise would go toward the costs and fees associated with proceeding with discovery and the CMC.

Thank you for your consideration of this request.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Michael S. Hanan*
Michael S. Hanan

cc:   Douglas B. Lipsky, Esq. (via ECF)